# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE BRANCH

| | |
|---|---|
| SALVADOR GUZMAN and JAMES MARSHALL, as individuals and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WALMART INC., a Delaware corporation; WAL-MART ASSOCIATES, INC., a Delaware corporation; WAL-MART STORES, INC., a Delaware corporation and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 5:21-cv-09133-NC<br><br>**ORDER APPROVING JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>**JOINT STIPULATION FILED HEREWITH**<br><br>Action Filed:    October 20, 2021<br>Trial Date:      None Set<br>Magistrate Judge:  Hon. Nathanael M. Cousins |

The Joint Stipulation filed on behalf of Plaintiffs SALVADOR GUZMAN ("Guzman") and JAMES MARSHALL ("Marshall") (collectively, "Plaintiffs") and Defendants WALMART INC., WAL-MART ASSOCIATES, INC., and WAL-MART STORES, INC. ("Defendants" or "Walmart") (collectively, the "Parties") IS HEREBY APPROVED.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. This action be dismissed in its entirety, without prejudice, by virtue of the Settlement Agreement in *Magadia v. Walmart, Inc.*, Santa Clara County Superior Court Case No. 16CV303387, which operates to release Plaintiffs' claims herein; and

2. Each party to bear their own attorneys' fees and costs except as provided for in their Settlement Agreement.

**IT IS SO ORDERED.**

Dated: August 13, 2025   By: _____
Hon. Nathanael M. Cousins
MAGISTRATE JUDGE

